UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00845-FDW-DCK

| | |
|---|---|
| KENNETH DEAL, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **NOTICE AND ORDER** <br>) |
| CITY OF MONROE, | )<br>) |
| Defendant. | )<br>)<br>) |

**TAKE NOTICE** that the hearing on Plaintiff's Motion for Preliminary Injunction, (Doc. No. 3), scheduled for tomorrow, Friday, September 27, 2024, at 8:30 a.m. will proceed remotely by video conferencing technology due to inclement weather. Counsel and the parties should **not** report to the Charles R. Jonas Federal Building. Counsel will receive a link to the hearing and instructions to join the hearing by email from the Courtroom Deputy.

**IT IS THEREFORE ORDERED** that the Court will hold a hearing on Plaintiff's Motion for Preliminary Injunction, (Doc. No. 3), on Friday, September 27, 2024, at 8:30 a.m. remotely by video conference.

**IT IS SO ORDERED.**

Signed: September 26, 2024

_____
Frank D. Whitney
United States District Judge