UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-cv-00845-FDW-DCK

| | |
|---|---|
| KENNETH DEAL,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF MONROE, a North Carolina municipal corporation,<br><br>    Defendant. | **PLAINTIFF'S NOTICE OF APPEAL** |

Plaintiff Kenneth Deal appeals to the United States Court of Appeals for the Fourth Circuit from the Order denying Plaintiff's Motion for Partial Summary Judgment and granting Defendant's Motion for Summary Judgment, (Doc. No. 36), entered in this action on September 3, 2025.

This 8th day of September, 2025.

                                  Respectfully,



                        By:   /s/ Bo Caudill
                             Bo Caudill
                             N.C. Bar No. 45104
                             bocaudill@villmercaudill.com
                             Sophia M. Pappalardo
                             N.C. Bar No. 56743
                             sophiapappalardo@villmercaudill.com
                             VILLMER CAUDILL, PLLC
                             P.O. Box 18186

Charlotte, NC 28218
Tel: 704-216-8120
Fax: 704-705-8191
*Counsel for Kenneth Deal*